Abraham N. Goldman, SBN 102080
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
12896 Rices Crossing Road
P.O. Box 120
Oregon House, California 95962
Tel: (530) 692-2267
Fax: (530) 692-2543
e-mail: agoldman@succeed.net

Attorney for Plaintiffs EDITH MINNE
and BONNIE LOHMANN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDITH MINNE and BONNIE LOHMANN, individually and as Trustee of The EDWARD and BONNIE LOHMANN 2006 Family Living Trust, and as Successor in Interest to Edward Lohmann, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HUIB STROOMBERG, TRACI SOUTHWELL, STROOMWELL INVESTMENT GROUP, INC., and DOES 1-100,<br><br>Defendants. | CASE No. 09-CV-00625-JAM-KJM<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE RETAINING JURISDICTION TO ENFORCE STIPULATION OF PARTIES' REQUEST FOR DISMISSAL**<br><br>**Hon. John A. Mendez** |

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the Notice of Dismissal Without Prejudice filed by plaintiffs, and the Stipulation of All Parties:

IT IS HEREBY ORDERED:

1. This action is voluntarily dismissed without prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE RETAINING JURISDICTION TO ENFORCE STIPULATION OF PARTIES' REQUEST FOR DISMISSAL**
Case No. 09-CV-00625-JAM-KJM

1

PDF created with pdfFactory trial version www.pdffactory.com

2.     Defendants SOUTHWELL, STROOMBERG and STROOMWELL, as consideration for dismissal of this action, will perform the following, for five (5) years from the date the dismissal is entered:

(a)    Defendants will keep plaintiffs reasonably informed on a monthly basis in writing (which may be by e-mail) of all progress related to the projects referred to as "Cerbere" and "Ocean Star/Dominican Republic" in the pleadings;

(b)    Upon request, defendants will allow plaintiffs to inspect any books or records relating to any of the matters alleged in the pleadings, including the Cerbere and Ocean Star/Dominican Republic projects;

(c)    Defendants will cooperate with any good faith enquiries from plaintiffs about the Cerbere and/or Ocean Star/Dominican Republic project;

(d)    Defendants, and each of them, will keep plaintiffs informed in writing, with copies to plaintiffs' attorney, Abraham Goldman, of any change of defendants' business or residence address and telephone numbers, cell phone numbers and e-mail addresses;

(e)    Upon request, defendants will, in good faith, assist plaintiffs in any future discussions or negotiations with any other parties involved in the Cerbere and/or Ocean Star/Dominican Republic projects.

3.     This Dismissal of this action is without prejudice to any rights or defenses any of the parties had relating to any issues between or among them prior to the filing of this action.

4.     The Court retains jurisdiction over the matters set forth in this Order for five (5) years from the date the dismissal is entered, and any party may enforce this Order by procedures set forth in California Code of Civil Procedure Section 664.6.

**IT IS SO ORDERED.**

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE RETAINING JURISDICTION TO ENFORCE STIPULATION OF PARTIES' REQUEST FOR DISMISSAL**
Case No. 09-CV-00625-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 20, 2009 | /s/ John A. Mendez |
| | John A. Mendez |
| | Judge of the United States District Court |
| | Eastern District of California |
| | Sacramento Division |

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE RETAINING JURISDICTION TO ENFORCE STIPULATION OF PARTIES' REQUEST FOR DISMISSAL**
Case No. 09-CV-00625-JAM-KJM

3

PDF created with pdfFactory trial version www.pdffactory.com