UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MINNE and BONNIE LOHMANN, individually and as Trustee of The EDWARD and BONNIE LOHMANN 2006 Family Living Trust, and as Successor in Interest to Edward Lohmann, deceased,<br><br>        Plaintiffs,<br><br>  v.<br><br>HUIB STROOMBERG, TRACI SOUTHWELL, STROOMWELL INVESTMENT GROUP, INC., and DOES 1-100,<br><br>        Defendants. | Case No. 2:09-CV-00625 JAM-DAD<br><br><br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| MARCO KOZLOWSKI, BRAND WAKEMAN, and KADRI A. EGBEYEMI, the KOZLOWSKI/WAKEMAN/EGBEYEMI PARTNERSHIP and LUXURY HOME SOLUTIONS, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>HUIB STROOMBERG, TRACI SOUTHWELL, STROOMWELL INVESTMENT GROUP, INC., GEORGE STROOMBERG, ANGELIC STROOMBERG, DICK STROOMBERG, RIEMKE KOOKEN, MIAHI ALGIU, and DOES 1-100,<br><br>        Defendants. | Case No. 2:13-CV-00291 TLN-DAD |

1

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the District Judge assignment in the action denominated 2:13-CV-00291 TLN-DAD be reassigned to Judge John A. Mendez for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:13-CV-00291 JAM-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 23, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge