1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   EDITH MINNE and BONNIE LOHMANN,  )   Case No. 2:09-CV-00625 JAM-DAD
     individually and as Trustee of  )
12   The EDWARD and BONNIE LOHMANN    )
     2006 Family Living Trust, and as )
13   Successor in Interest to Edward  )
     Lohmann, deceased,               )
14                                    )
                   Plaintiffs,        )
15                                    )
          v.                          )
16                                    )
     HUIB STROOMBERG, TRACI           )   RELATED CASE ORDER
17   SOUTHWELL, STROOMWELL INVESTMENT )
     GROUP, INC., and DOES 1-100,     )
18                                    )
                   Defendants.        )
19   MARCO KOZLOWSKI, BRAND WAKEMAN,  )
     and KADRI A. EGBEYEMI, the       )
20   KOZLOWSKI/WAKEMAN/EGBEYEMI       )
     PARTNERSHIP and LUXURY HOME      )   Case No. 2:13-CV-00291 TLN-DAD
21   SOLUTIONS, INC.,                 )
                                      )
22                 Plaintiffs,        )
                                      )
23        v.                          )
                                      )
24   HUIB STROOMBERG, TRACI           )
     SOUTHWELL, STROOMWELL INVESTMENT )
25   GROUP, INC., GEORGE STROOMBERG,  )
     ANGELIC STROOMBERG, DICK         )
26   STROOMBERG, RIEMKE KOOKEN, MIAHI )
     ALGIU, and DOES 1-100,           )
27                                    )
                   Defendants.        )
28

                                  1

1       Examination of the above-entitled actions reveals that these

2   actions are related within the meaning of Local Rule 123 (E.D. Cal.

3   2005).   Accordingly, the assignment of the matters to the same

4   judge is likely to affect a substantial savings of judicial effort

5   and is also likely to be convenient for the parties.

6       The parties should be aware that relating the cases under

7   Local Rule 123 merely has the result that these actions are

8   assigned to the same judge and magistrate judge; no consolidation

9   of the actions is effected.

10      IT IS THEREFORE ORDERED that the District Judge assignment in

11  the action denominated 2:13-CV-00291 TLN-DAD be reassigned to Judge

12  John A. Mendez for all further proceedings.   Henceforth, the

13  caption on documents filed in the reassigned case shall be shown as

14  2:13-CV-00291 JAM-DAD.

15      IT IS FURTHER ORDERED that the Clerk of the Court make

16  appropriate adjustment in the assignment of civil cases to

17  compensate for this reassignment.

18      IT IS SO ORDERED.

19  Dated:   April 23, 2013

20                   /s/ John A. Mendez_____

21                   JOHN A. MENDEZ
                    United States District Court Judge

22

23

24

25

26

27

28